IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen        Date:  April 30, 2012
Court Reporter:     Gwen Daniel           Probation: Gary Kruck

_____

Criminal Action No.   11-cr-00443-WJM        _Counsel:_

UNITED STATES OF AMERICA,               Jeremy Sibert

       Plaintiff,

v.

DANIEL D. MYERS,                        Edward Harris

       Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

10:04 a.m.    Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Mr. Harris' comments

Court's comments

There was a computation error in the original Plea Agreement.  The parties were
directed to prepare a corrected Plea Agreement.

**ORDERED:  Court Exhibit 1,the Plea Agreement And Statement of Facts Relevant to Sentencing, is accepted and admitted.**

Government's Sentencing Statement

Mr. Harris' Sentencing Statement

The Court takes up the defendant's Motion for Below Guideline Sentence Either by Departure or Variance [ECF No. 24].

No further argument by Mr. Harris

Statement by Mr. Sibert

**ORDERED:  Defendant's Motion for Below Guideline Sentence Either by Departure or Variance [ECF No. 24] is GRANTED and the Court will imposed a downward variant sentence in this case.**

Defendant plead guilty to a one Count Indictment charging a violation of Title 18, U.S.C. Sections 922(g)(1) and 924 on February 8, 2012.

Defendant's Allocution

**ORDERED:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Daniel David Myers, is sentenced to a period of probation for three years.**

**Defendant shall pay a fine of $1,500.00 into the Crime Victims Fund.**

**ORDERED:  Conditions of Probation:**

**While on probation, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 45 days and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.

ORDERED:   Special conditions of Probation:

1.   The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2.   The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

3.   The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

ORDERED:   In addition to the $1,500.00 fine, the defendant shall also pay a special assessment of $100.00.  The special assessment is due and payable immediately.

No later than 45 days from today the defendant shall confer with the probation officer to develop a plan for the payment of the fine. This payment plan will be based upon the defendant's income and expenses, and is to be forwarded to the Court for review and approval.

It is expressly a condition of probation that the defendant pay the fine and special assessment in accordance with the payment plan

**approved by the Court.**

Defendant advised of his right to appeal the sentence imposed and, in very limited circumstances, his conviction by guilty plea.

Court's findings entered on the record concerning defendant's bond.

The Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community.

Mr. Sibert's comments

The Government does not object to the exoneration of the bond.

**ORDERED:   There being no objection by the parties and there being no custodial sentence to be served by the Defendant in this case, the defendant's bond is EXONERATED.**

10:34 a.m.   Court in Recess
              Hearing concluded
              Time: 30 minutes